Disposition of Petitions for Discretionary Review Under G.S. 7A-31

GOBLE v. HELMS

No. 558P83.

Case below: 64 N.C. App. 439.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 April 1984.

HOGAN v. CONE MILLS CORP.

No. 480PA83.

Case below: 63 N.C. App. 439.

Petition by plaintiff writ of certiorari to North Carolina Court of Appeals allowed 19 March 1984.

KELLER v. CITY OF WILMINGTON

No. 47PA84.

Case below: 65 N.C. App. 675.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 April 1984.

MAY v. SHUFORD MILLS

No. 546P83.

Case below: 64 N.C. App. 276.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 April 1984.

PLOTT v. PLOTT

No. 27PA84.

Case below: 65 N.C. App. 657.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 3 April 1984.